# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           Plaintiff,<br>vs.<br><br>LUCAS CHARLES GREENWOOD,<br><br>           Defendant. | 3:10-cr-088-TMB-JDR<br><br>**RECOMMENDATION REGARDING MOTION TO SUPPRESS STATEMENTS**<br><br>(Docket No. 18) |

Defendant **Lucas Charles Greenwood**, moves for an order suppressing all statements he made to police after he was detained. Docket 18. The government filed a non-opposition to the motion. Docket 22. In its response the government states that it does not intend to offer in its case-in-chief statements that the defendant made to law enforcement officers relating to this case. Wherefore, the unopposed Motion to Suppress Statements should be granted. IT IS SO RECOMMENDED. Because the motion is not in dispute this recommendation is to be filed as a final recommendation with no objections to be filed, and forwarded to the assigned district judge for his determination.

DATED this 7th day of December, 2010, at Anchorage, Alaska.

                                                /s/ John D. Roberts
                                                JOHN D. ROBERTS
                                                United States Magistrate Judge