# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

### *U.S. v. LUCAS CHARLES GREENWOOD*

Case No. 3:10-cv-0088 TMB

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

     Having reviewed Magistrate Judge Roberts' Report and Recommendation on Defendant's Motion to Suppress Police Statements (Docket No. 41), the Court hereby adopts and accepts the Report and Recommendation in its entirety. Consequently, Defendant's Motion to Suppress Police Statements, (Docket 18), is **GRANTED**.

     **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: December 21, 2010